UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELIANA SOTOMAYOR, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 10-9578-DDP (RCF) |
| | ) | |
| v. | ) | ORDER ACCEPTING FINAL REPORT |
| | ) | REPORT AND RECOMMENDATION OF |
| JAVIER CAVAZOS, Warden, | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records, and the Final Report and Recommendation of United States Magistrate Judge, as well as Petitioner and Respondent's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 30, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE