# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELIANA SOTOMAYOR, | |
| Petitioner, | No. CV 10-9578-DDP (RCF) |
| v. | JUDGMENT |
| JAVIER CAVAZOS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied with prejudice.

DATED:  July 30, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE